## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Brandon Johnson

                                            Plaintiff,

v.                                                                       Case No.: 1:25−cv−14470

                                                                              Honorable Sara L. Ellis

Experian Information Solutions, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 20, 2026:

       MINUTE entry before the Executive Committee: Case reassigned to the Honorable Sara L. Ellis for all further proceedings pursuant to Local Rule IOP 13(f)(1). Mailed notice (nsf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.