

# United States District Court
# Northern District of Illinois

In the Matter of

Brandon Johnson

v.

Experian Information Solutions, Inc.

District Judge Sara L. Ellis

Case No. 25-CV-14470

Designated Magistrate Judge
M. David Weisman

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

_____

**Judge Charles P. Kocoras**

Date: Tuesday, January 20, 2026

---

- IOP 13(f)(1) - I recuse myself from this case for the following reasons:
    Conflict of interest.

Dated: Tuesday, January 20, 2026

District Reassignment - By Lot

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot